UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                Case No. 17-32656-DHW
                                                                     Chapter 13

Wanda Bea Johnson,

    Debtor.

## ORDER DENYING CONFIRMATION
## AND DISMISSING BANKRUPTCY CASE

The chapter 13 plan filed by the debtor came on for confirmation hearing on December 18, 2017. The debtor did not attend the scheduled meeting of creditors as required by 11 U.S.C. § 343, nor has the debtor commenced payments under the plan as required by 11 U.S.C. § 1326. Accordingly, it is

ORDERED that confirmation of the plan is DENIED, and this bankruptcy case is DISMISSED. It is

FURTHER ORDERED that the chapter 13 trustee shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

Done this the 18th day of December, 2017.

*Dwight A. Williams, Jr.*
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtor
      Joshua C. Milam, Attorney for Debtor
      Sabrina L. McKinney, Trustee
      All Creditors