UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
Wanda Bea Johnson,

    Debtor.

Case No. 17−32656  
Chapter 13

## NOTICE OF FILING FEES DUE

A review of the court's financial records showed that there is an outstanding filing fee of $260.00 due for the above−referenced bankruptcy case filed on September 18, 2017. Upon the filing of a bankruptcy case, the debtor is responsible for paying the entire filing fee, regardless of the disposition of the case. Pursuant to Rule 1006, Federal Rules of Bankruptcy Procedure, the outstanding balance on the filing fee remains due to the court.

Please pay the outstanding balance with a money order or cashier's check. We do not accept cash. The case number should be written on the payment. The payee on the money order or cashier's check should be the U.S. Bankruptcy Court. Failure to pay filing fees will result in additional collection proceedings. Please send payments to the following address:

    U.S. Bankruptcy Court  
    One Church Street  
    Montgomery, AL 36104

If you have questions, please contact the financial administrator at (334) 954−3872.

Dated February 2, 2018

*[signature]*

Juan−Carlos Guerrero  
Clerk of Court

# CERTIFICATE OF NOTICE

District/off: 1127-2      User: jclark           Page 1 of 1              Date Rcvd: Feb 02, 2018
                          Form ID: nffdue        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2018.
db             +Wanda Bea Johnson,   325 Springhill Drive,   Montgomery, AL 36110-1337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2018 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Joshua C. Milam    on behalf of Debtor Wanda Bea Johnson jmilam@smclegal.com,
               scarter@smclegal.com;tbramlett@smclegal.com;rshinbaum@smclegal.com
              Richard C. Dean, Jr.    on behalf of Creditor    Ambulatory Anesthesia rdean@mindspring.com,
               collector2@deanlawfirm.org
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                            TOTAL: 4